UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
December 6, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> NEREYDA ALVAREZ, ) <br> ) <br> Defendant. ) | Case No. 2:19MJ00209-AC-7 <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __NEREYDA ALVAREZ__, Case No. __2:19MJ00209-AC-7__, Charge __21USC § 841(a)(1)__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    _____   Release on Personal Recognizance

    _____   Bail Posted in the Sum of $_____

    __X__   Unsecured Appearance Bond $__50,000.00__

    _____   Appearance Bond with 10% Deposit

    _____   Appearance Bond with Surety

    _____   Corporate Surety Bail Bond

    __✓__   (Other)   __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __December 6, 2019__ at __3:20 pm__.

**The defendant shall be released on December 9, 2019 at 9:00 a.m. to Pretrial Services Officer:**

                                                By   /s/ Deborah Barnes
                                                    Deborah Barnes
                                                    United States Magistrate Judge

Copy 2 - Court