FILED
December 6, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>NEREYDA ALVAREZ, )<br>)<br>Defendant. ) | Case No. 2:19MJ00209-AC-7<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __NEREYDA ALVAREZ__, Case No. __2:19MJ00209-AC-7__, Charge __21USC § 841(a)(1)__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   __   Release on Personal Recognizance

    __   __   Bail Posted in the Sum of $_____

    __ X __   Unsecured Appearance Bond $__50,000.00__

    __   __   Appearance Bond with 10% Deposit

    __   __   Appearance Bond with Surety

    __   __   Corporate Surety Bail Bond

    __ ✔ __   (Other)   __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __December 6, 2019__ at __3:20 pm__.
**The defendant shall be released on December 9, 2019 at 9:00 a.m. to Pretrial Services Officer:**

                            By   /s/ Deborah Barnes
                                  Deborah Barnes
                                  United States Magistrate Judge

Copy 2 - Court